**Mark KORTZ, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 62416.**

Missouri Court of Appeals, Western District.

March 16, 2004.

Susan Lynn Hogan, Appellate Defender, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Evan J. Buchheim, Asst. Attorney General, Jefferson City, MO, for respondent.

Before VICTOR C. HOWARD, P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

*Order*

PER CURIAM.

Mark A. Kortz appeals from a judgment of the Gentry County Circuit Court overruling his Rule 24.035 motion for post-conviction relief with regard to his felony conviction for leaving the scene of an accident.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).